## January 27, 1845.

*George Webster* v. *Gideon Hawley et al.* E. Pearson and D. Buel, for appellant; M. Fairchild, for respondents.— Application for an injunction pending an appeal from the de- <span>Injunction pending an appeal.</span> cision of the vice chancellor dismissing the complainant's bill and supplemental bill. The chancellor decided that as the presumption in cases of appeal is that the decision of the court below is right, an injunction ought not to be granted in opposition to the decision appealed from, pending the appeal; unless the appellate court arrives at the conclusion that the decision of the vice chancellor is probably wrong.

Application denied; the taxable costs of opposing same to abide the event of the appeal.

*Jacob Johnson et al* v. *Garret Quackenbush et al.* Cochran, for complainants; G. Lawrence, for defendants. Application for leave to file a replication granted on payment of $10 costs, within twenty days.

*Mary Blade* v. *John Blade.* M. T. Reynolds, for appellant A. Taber, for respondent. Order appealed from reversed and modified so as to set aside the alledged settlemen as a fraud upon the rights of the solicitor, so far as relates to the taxable costs in this suit and to the two sums directed to be paid for the costs and expenses of the suit, &c., pendente lite; without costs to either party upon the appeal.

*Joseph Crane* v. *Edward A. Kitchell et al.* David Wright, for appellant; M. T. Reynolds, for respondent. Application for leave to produce further proofs on appeal from the decision of a circuit judge establishing a will, denied with $10 costs.

*Nathaniel W. Smith* v. *Joseph Blunt et al.* H. P. Hastings, for appellant; J. Rhoades, for respondent. Order appealed from affirmed with costs.